# Order

**Michigan Supreme Court**
**Lansing, Michigan**

August 6, 2009

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

138286

PEOPLE OF THE STATE OF MICHIGAN,
          Plaintiff-Appellee,

v                                                    SC: 138286
                                                     COA: 289519
                                                     Wayne CC: 05-012119-FC
CARL WINFRED BROOKS,
          Defendant-Appellant.

_____/

        On order of the Court, the application for leave to appeal the February 2, 2009
order of the Court of Appeals is considered, and it is DENIED, because the defendant's
motion for relief from judgment is prohibited by MCR 6.502(G).



        I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the
foregoing is a true and complete copy of the order entered at the direction of the Court.

August 6, 2009                          _____
                                                     Clerk

d0720